# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES KALAN HENRY,**
**ADC #144396**                                                                                       **PLAINTIFF**

v.                              Case No. 4:20-CV-488-KGB-BD

**DILLION BARRYMAN,** *et al*.                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge Beth Deere (Dkt. No. 4). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The Court dismisses without prejudice plaintiff James Henry's claims; his request for relief is denied. This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

It is so ordered this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE