# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES KALAN HENRY,**
**ADC #144396**                                                                                          **PLAINTIFF**

v.                          Case No. 4:20-CV-488-KGB-BD

**DILLION BARRYMAN,** *et al*.                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff James Henry's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this the 25th days of January, 2021.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge